# United States District Court
Southern DISTRICT OF Texas

███████████TE COURT
JSH – SDTX
FILED
DEC 09 2011 DF

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.

**Juan Carlos Mariscal**

## CRIMINAL COMPLAINT

Case Number: 5:11 mj 1873

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 28, 2011** in **Webb** County, in the **Southern** District of **Texas** defendant did,

**knowingly move and travel in interstate or foreign commerce with intent to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he fled, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which he fled; in violation of Title 18 United States Code, Section 1073 (1).**

I further state that I am a **Deputy U.S. Marshal** and that this complaint is based on the following facts:

On Monday November 28th, 2011, Juan Carlos MARISCAL was scheduled to be in the 111th district state court for his jury selection for a Murder trial. The Defended failed to appear for his "Murder and Engaging in organized criminal activity" trial. His attorney has been asked from the court if he knows the whereabouts of his client but has not heard from him. If the defendant is found guilty he could receive a sentence of 20 years to life in prison. The assistance of the US Marshals Service was requested on November 28th, 2011. Investigation has shown that the fugitive is actively hiding from law enforcement where his family and friends have also aided his escape from capture. Furthermore, it has been determined that the fugitive has extensive ties in the U.S. and Mexico; therefore allowing him to avoid capture

Continued on the attached sheet and made a part hereof:    Yes    X No

Signature of Complainant
Abel Hinojosa III

Sworn to me and subscribed in my presence,

December   , 2011
Date

at Laredo, Texas
City and State

J. SCOTT HACKER
United States Magistrate Judge

Signature of Judicial Officer